Charles L. Doerksen, #135423
Attorney at Law
2100 Tulare Street, Suite 410
Fresno, California  93721
559 233 3434

IN ASSOCIATION WITH:

Robert J. Taylor, Jr., #192202
Attorney at Law

1200 Paseo Camarillo, Suite 295
Camarillo, California  93010
805 389 2920

Attorneys for plaintiff ARCHIE CRIPPEN


UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT


| | |
|---|---|
| ARCHIE CRIPPEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF FRESNO,<br><br>        Defendant. | Case No.: CIV-F-03-6818 OWW DLB<br><br>**STIPULATION TO CONTINUE TRIAL;<br>ORDER THEREON**<br><br>Trial Date: February 7, 2006 |

WHEREAS, this action arises from the "Crippen Fire" that burned during January and February of 2003;

WHEREAS, as a result of the fire, numerous litigations have arisen between plaintiff ARCHIE CRIPPEN and others and are now pending, in addition to the above-captioned action, including the following:

///

1.    *California Integrated Waste Management Board and California Department of Forestry v. Archie and Marion Crippen*, Fresno County Superior Court, Case No. 03 CE CG 01066 HAC;

2.    *City of Fresno v. Archie and Marion Crippen*, Fresno County Superior Court, Case No. 04 CE CG 00684, on appeal to the Fifth Appellate District, Case No. F047129;

3.    *City of Fresno v. Archie and Marion Crippen*, Fresno County Superior Court Case No. 04 CE CG 0528 DSB; and

4.    *Admiral Insurance Company v. Archie and Marion Crippen*, United States District Court, Case No. CIV-F-03-6312 AWI SMS.

WHEREAS, all of the aforementioned actions, including the instant action, are being mediated together on November 29, 2005, before the Honorable Raul A. Ramirez, Retired;

WHEREAS, the last day to file dispositive motions is November 11, 2005;

WHEREAS, the parties hereto would like to save the expense of preparing and opposing dispositive motions in the event that this action settles at the mediation, and in that regard, would like to continue the trial from February to May 2006, and extend the time within which to file dispositive motions; and

WHEREAS, a motion to bifurcate has been filed by defendant CITY OF FRESNO and is pending before the Magistrate Judge, and the parties suggest that this might appropriately be rescheduled to be heard by the Honorable Oliver W. Wanger;

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective counsel, as follows:

1.    That the Trial currently scheduled for February 7, 2006, is continued to May 23, 2006, at 9:00 a.m., in Courtroom 2;

2.    That the Pre-Trial Conference currently scheduled for January 2, 2006, is continued to April 3, 2006, at 11:00 a.m., in Courtroom 2;

3.     That the filing and hearing of dispositive motions shall be as follows:

(a)     The last day to file and serve moving papers is January 16, 2006;

///

(b)     The last day to file and serve opposition papers is January 27, 2006;

(c)     The day to file and serve reply papers is February 6, 2006 and

(d)     The motions shall be heard on February 13, 2006, at 10:00 a.m., in Courtroom 2; and

4.     Defendant CITY OF FRESNO's motion to bifurcate currently set for hearing on November 10, 2005, shall ~~be heard by the Honorable Oliver W. Wanger on _____, at ____ __.m., in Courtroom 2.~~  remain as set before Magistrate Judge Beck.


Dated:  November 3, 2005

                                        /s/ Charles L. Doerksen

                                        _____
                                        Charles L. Doerksen,
                                        Attorney for plaintiff
                                        ARCHIE CRIPPEN


Dated:  November 3, 2005                BETTS & WRIGHT

                                        /s/ Joseph D. Rubin

                                        _____
                                        Joseph D. Rubin,
                                        Attorneys for defendant
                                        CITY OF FRESNO

IT IS SO ORDERED.    NO FURTHER CONTINUANCES WILL BE GRANTED.

Dated:  __November 4_____, 2005

/s/ OLIVER W. WANGER

_____

Judge, U.S. District Court