Charles L. Doerksen, #135423
Attorney at Law
2100 Tulare Street, Suite 410
Fresno, California  93721
559 233 3434

IN ASSOCIATION WITH:

Robert J. Taylor, Jr., #192202
Attorney at Law
1200 Paseo Camarillo, Suite 295
Camarillo, California  93010
805 389 2920

Attorneys for plaintiff ARCHIE CRIPPEN

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

| | |
|---|---|
| ARCHIE CRIPPEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO,<br><br>    Defendant. | Case No.: CIV-F-03-6818 OWW DLB<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS; ORDER THEREON**<br><br>Trial Date: May 23, 2006 |

WHEREAS, this action arises from the "Crippen Fire" that burned during January and February of 2003;

WHEREAS, as a result of the fire, numerous litigations have arisen between plaintiff ARCHIE CRIPPEN and others and are now pending, in addition to the above-captioned action, including the following:

1. *California Integrated Waste Management Board and California Department of Forestry v. Archie and Marion Crippen*, Fresno County Superior Court, Case No. 03 CE CG 01066 HAC;

2. *City of Fresno v. Archie and Marion Crippen*, Fresno County Superior Court, Case No. 04 CE CG 00684, on appeal to the Fifth Appellate District, Case No. F047129;

3. *City of Fresno v. Archie and Marion Crippen*, Fresno County Superior Court Case No. 04 CE CG 0528 DSB; and

4. *Admiral Insurance Company v. Archie and Marion Crippen*, United States District Court, Case No. CIV-F-03-6312 AWI SMS;

WHEREAS, all of the aforementioned actions, including the instant action, were submitted together for mediation on November 29, 2005, before the Honorable Raul A. Ramirez, Retired, and although none of the various actions have yet settled, the parties are continuing in active settlement discussions; and

WHEREAS, to facilitate the ongoing settlement discussions, the parties desire to extend for three weeks the time periods for the filing and hearing of dispositive motions,

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective counsel, that the filing and hearing of dispositive motions shall be as follows:

(a) The last day to file and serve moving papers is February 6, 2006;

(b) The last day to file and serve opposition papers is February 17, 2006;

(c) The day to file and serve reply papers is February 27, 2006 and

(d) The motions shall be heard on March 6, 2006, at 10:00 a.m., in Courtroom 2.

Dated: December 8, 2005

/s/ Charles L. Doerksen
_____
Charles L. Doerksen,
Attorney for plaintiff
ARCHIE CRIPPEN

///

1 | Dated: December 8, 2005    BETTS & WRIGHT

/s/ Joseph D. Rubin

———————————————

Joseph D. Rubin,
Attorneys for defendant
CITY OF FRESNO

IT IS SO ORDERED

Dated: December 14_, 2005

/s/ OLIVER W. WANGER

———————————————

Judge, U.S. District Court

Stipulation to Extend Time Within Which to File Dispositive Motions; Order Thereon          3