Charles L. Doerksen, #135423
Attorney at Law
2100 Tulare Street, Suite 410
Fresno, California  93721
559 233 3434

IN ASSOCIATION WITH:

Robert J. Taylor, Jr., #192202
Attorney at Law
1200 Paseo Camarillo, Suite 295
Camarillo, California  93010
805 389 2920

Attorneys for plaintiff ARCHIE CRIPPEN

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

| | |
|---|---|
| ARCHIE CRIPPEN, | Case No.: 1: 03 CV 6818 OWW DLB |
| Plaintiff, | **STIPULATION TO EXTEND TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS; ORDER THEREON** |
| vs. | |
| CITY OF FRESNO, | Trial Date: May 23, 2006 |
| Defendant. | |

WHEREAS, on January 27, 2006, the parties appeared before the Honorable Dennis L. Beck for a hearing on plaintiff's motion to file an amended complaint;

WHEREAS, during the course of oral argument, counsel for defendant asked the court for an additional week to file its motion for summary judgment, which otherwise would have been required to be filed on February 6, 2005, which the court agreed to;

1  WHEREAS, counsel for each of plaintiff and defendant assumed that the court
2 would move all of the other dates related to the summary judgment motion by one week as well,
3 since otherwise, plaintiff would have only four days to respond to the motion based upon the
4 current briefing schedule;
5  WHEREAS, on January 30, 2006, the court issued a Minute Order extending to
6 February 13, 2006, the last day for the filing of motions for summary, but did not move any of
7 the other dates; and
8  WHEREAS, the parties hereto would like to revise the schedule for the summary
9 judgment motions to extend all time periods by one week,
10  IT IS HEREBY STIPULATED, by and between the parties hereto through their
11 respective counsel, that the filing and hearing of dispositive motions shall be as follows:
12  (a) The last day to file and serve moving papers is February 13, 2006;
13  (b) The last day to file and serve opposition papers is February 24,
14 2006;
15  (c) The day to file and serve reply papers is March 6, 2006 and
16  (d) The motions shall be heard on March 13, 2006, at 10:00 a.m., in
17 Courtroom 3.

Dated: February 2, 2006

/s/ Charles L. Doerksen
_____
Charles L. Doerksen,
Attorney for plaintiff
ARCHIE CRIPPEN

Dated: February 2, 2006   BETTS & WRIGHT

/s/ Joseph D. Rubin
_____
Joseph D. Rubin,
Attorneys for defendant
CITY OF FRESNO

Stipulation to Extend Time Within Which to File Dispositive Motions; Order Thereon   - 2 -

1  IT IS SO ORDERED

2  Dated:  February 3, 2006

3

4                              ___/s/ Dennis L. Beck_____
                                  U.S. Magistrate Judge