1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, CA 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant CITY OF FRESNO

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | ARCHIE CRIPPEN,                        | ) Case No. CIV-F-03-6818 OWW/DLB
   |                                        | )
12 |         Plaintiff,                     | )  ORDER ON EX PARTE
   |                                        | )  APPLICATION FOR ORDER
13 |    v.                                  | )  PERMITTING THE FILING OF A
   |                                        | )  LONGER MEMORANDUM OF
14 | CITY OF FRESNO and DOES 1 through      | )  POINTS AND AUTHORITIES IN
   | 40, inclusive,                         | )  SUPPORT OF MOTION FOR
15 |                                        | )  SUMMARY JUDGMENT, OR IN
   |         Defendants.                    | )  THE ALTERNATIVE, PARTIAL
16 |_____| )  SUMMARY JUDGMENT/
                                               )  SUMMARY ADJUDICATION
17
                                  **special notice to counsel: ORDER HAS
18                                BEEN MODIFIED**

19                                Date:  February 10, 2006
                                  Courtroom:  2
20

21
       GOOD CAUSE having been shown, IT IS ORDERED that Defendant City of Fresno
22
   may file a memorandum of points and authorities of up to _35____ pages in support of its
23
   Motion for Summary Judgment Or, in the Alternative, for Partial Summary
24
   Judgment/Summary Adjudication.  Plaintiff may have the same amount of pages in
25
   opposition, and the City of Fresno may have __10___ pages in reply. **Plaintiff shall have**
26
   **five additional court days to file his opposition (oww).**
27

28

1
2  DATED:   February _10_, 2006          /s/ OLIVER W. WANGER____
                                          U.S. District Court Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

<u>PROOF OF SERVICE</u>

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter. My business address is P. O. Box 28550 [7108 N. Fresno Street, Suite 460], Fresno, California.  On February 10, 2006, I served **[PROPOSED] ORDER ON EX PARTE APPLICATION FOR ORDER PERMITTING THE FILING OF A LONGER MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT/ SUMMARY ADJUDICATION** on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

\_\_\_\_\_ **(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

\_\_\_\_\_ **(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California.

\_\_X\_ **(By Mail)** I placed the envelope for collection and processing for mailing following this business' ordinary practice with which I am readily familiar.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

\_\_\_\_\_ **(By Hand)** I caused each envelope to be delivered by hand.

Each envelope was addressed as follows:

Charles L. Doerksen, Esq.
2100 Tulare Street, Suite 410
Fresno, CA 93721


\_X\_\_ **(By Telecopy)** I caused each document to be sent by telecopier to the aforementioned number(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on February 10, 2006, at Fresno, California.

/s/ Laurie Freer
Laurie Freer