**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRIPPEN, | Case No. CIV-F-03-6818 OWW/DLB |
| Plaintiff, | JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CITY OF FRESNO; DANIEL G. HOBBS, an individual; and DOES 1 through 40, inclusive, | DATE: March 13, 2006<br>TIME: 10:00 a.m. |
| Defendants. | |

Defendant City of Fresno's Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment/Summary Adjudication came on regularly for hearing before the Honorable Oliver W. Wanger, Judge presiding, of the above-referenced court on March 13, 2006.  Charles L. Doerksen, Esq. and Robert Taylor, Esq., appeared for Plaintiff Archie Crippen ("Plaintiff").  Joseph D. Rubin, Esq. appeared for Defendant City of Fresno ("City").

After full consideration of the evidence, the separate statements of each party, and the authorities submitted by counsel, as well as counsel's oral argument, the Court finds there is no triable issue of material fact in this action and the moving party is entitled to summary judgment.

The Court, having on May 4, 2006, granted the Motion for Summary Judgment by Defendant City of Fresno, and having ordered entry of Judgment as requested in said Motion, a copy of which is attached as Exhibit A,

IT IS ORDERED AND ADJUDGED AND DECREED that Plaintiff Archie Crippen shall take nothing, that the action be dismissed on the merits, and that Defendant City of Fresno shall recover its costs of suit from Plaintiff Archie Crippen.

IT IS SO ORDERED.

**Dated:   May 18, 2006**
emm0d6

          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE